■ In the Matter of JOHNATHAN JOHNSON, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [45 NYS3d 810]—Appeal from a judgment of the Supreme Court (Feldstein, J.), entered November 24, 2015 in Franklin County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Central Office Review Committee denying petitioner's grievance.

Judgment affirmed. No opinion.

Peters, P.J., Garry, Lynch, Devine and Mulvey, JJ., concur. Ordered that the judgment is affirmed, without costs. ■